IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARA RYAN,<br><br>            Plaintiff,<br><br>vs.<br><br>WILLIAM DRUCKLIEB,<br><br>            Defendant. | 8:19CV280<br><br>**FINDINGS, RECOMMENDATION, AND ORDER** |

    Defendant has filed a notice to remove the above-captioned case to this federal forum from the District Court of Sarpy County, Nebraska. Defendant's notice of removal states this court has federal question jurisdiction. But based upon the limited state court documents filed with Defendant's removal notice, there is nothing of record supporting a finding of subject matter jurisdiction. Plaintiff's state court action requests a protection order. Such actions rarely, if ever, state a claim arising under federal law.

    Defendant has applied for leave to file and litigate in this forum in forma pauperis. (Filing No. 2). While the Defendant's application indicates he is qualified to proceed in forma pauperis, that issue is moot. With or without payment of a filing fee, the case cannot be litigated in federal court. Instead, it must be remanded for lack of subject matter jurisdiction.

    Accordingly,

    IT THEREFORE HEREBY IS RECOMMENDED to the Honorable Laurie Smith Camp, Senior United States District Judge, pursuant to 28 U.S.C. §

636(b), that this case be remanded to the District Court of Sarpy County, Nebraska due to the lack of federal subject matter jurisdiction.

The defendant is notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS FURTHER ORDERED that Defendant's motion for leave to proceed in forma pauperis (Filing No. 2), is denied as moot.

June 27, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge