IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARA RYAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:19CV280 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| WILLIAM DRUCKLIEB, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the Findings and Recommendation issued by Magistrate Judge Zwart (Filing No. 3), recommending that this action be remanded to the District Court of Sarpy County, Nebraska, due to the lack of federal subject matter jurisdiction. No objections to the Findings and Recommendation have been filed as allowed by Fed. R. Civ. P. 72, 28 U.S.C. § 636, and NECivR 72.2. Accordingly, the Findings and Recommendation will be adopted and this action remanded.

IT IS ORDERED:

1.      The Magistrate Judge's Findings and Recommendation (Filing No. 3) is adopted, and this action is remanded to the District Court of Sarpy County, Nebraska; and

2.      Judgment shall be entered by separate document.

DATED this 11th day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge