IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CARA RYAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:19CV280 |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| WILLIAM DRUCKLIEB, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Memorandum and Order filed this date adopting Magistrate Judge Zwart's Findings and Recommendation, this action is remanded to the District Court of Sarpy County, Nebraska.

DATED this 11th day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge