IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CARA RYAN,

                    Plaintiff,                          8:19CV280

          vs.

WILLIAM DRUCKLIEB,                              MEMORANDUM
                                                AND ORDER

                    Defendant.

        This matter is before the court on Defendant's Motion for Leave to Appeal in Forma Pauperis. (Filing No. 11.) Defendant filed a Notice of Appeal (filing no. 10) on August 12, 2019. Defendant appeals from the court's Memorandum and Order and Judgment dated July 11, 2019, and the court's July 15, 2019 Memorandum and Order. (Filing Nos. 5, 6, & 9.) Upon review of Defendant's Motion for Leave to Appeal in Forma Pauperis, the court finds Defendant is entitled to proceed in forma pauperis on appeal.

        IT IS ORDERED that Defendant's Motion for Leave to Appeal in Forma Pauperis (filing no. 11) is granted.

        Dated this 16th day of August, 2019.

                              BY THE COURT:

                              s/ *Richard G. Kopf*
                              Senior United States District Judge