# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2762

Cara Ryan

Appellee

v.

William Drucklieb

Appellant

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:19-cv-00280-RGK)

---

**MANDATE**

In accordance with the judgment of 10/30/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 30, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit